AMERICAN TRUST COMPANY, as Trustee and in Its Own Right, Appellant, v. John T. WILSON, Thomas Gresham, and M. M. Chisholm, Trustees in Bankruptcy for the Hamilton Ridge Lumber Corporation, Bankrupt, Appellees.

A. A. PARK, H. Levine, W. W. Baker & Company, Estill Mercantile Company, Estill Pharmacy, S. & R. Peeples, S. R. Stoney, F. M. Lykes, Max Ravdin, J. A. Mace, Solomons & Youmans and A. L. Youmans, Appellants, v. John T. WILSON, Thomas Gresham and M. M. Chisholm, Trustees in Bankruptcy of the Hamilton Ridge Lumber Corporation, and American Trust Company, as Trustee, and in Its Own Right, Appellees.

Circuit Court of Appeals, Fourth Circuit. April 10, 1928.

Nos. 2681, 2682.

See, also, 23 F.(2d) 398.

Ralph T. Catterall and Lewis C. Williams, both of Richmond, Va. (James Mullen and Williams & Mullen, all of Richmond, Va., on the brief), for appellant in No. 2681 and appellee American Trust Co. in No. 2682.

John B. Lightfoot, Jr., of Richmond, Va., for appellees in No. 2681 and appellants in No. 2682.

Before WADDILL and NORTHCOTT, Circuit Judges, and WEBB, District Judge.

PER CURIAM. These are two cases involving the final distribution of assets in the matter of the bankruptcy of the Hamilton Ridge Lumber Corporation, other phases of which bankruptcy have been before this court. And, in view of our decision in the case of No. 2680, Hamilton Ridge Lumber Sales Corporation et al. v. John T. Wilson et al., 25 F.(2d) 592, made by us at a former date of this term, and after a careful consideration of the various questions passed on by the judge below, with regard to the distribution of assets, we are of the opinion that there are no errors in the decree complained of. We are also of the opinion that said decree distributes said assets in an equitable and proper manner, and it is therefore affirmed.